CHARLES H. PRINDLE, as Administrator, etc., of JOAN A. PRINDLE, Deceased, Respondent, v. ROCKLAND TRANSIT CORPORATION, Appellant.—Action to recover damages for the wrongful death of an infant as a consequence of a head-on collision between a bus and an automobile in which the infant was riding. Judgment for the plaintiff and order in so far as appealed from unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK BACIGALUPO, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of a misdemeanor, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of LORRECE HADDAD, Respondent, v. ROBERT " BOB " MAHER, Appellant.— Order of filiation of the Children's Court of Westchester county reversed on the facts and a new trial ordered. In our opinion the evidence is insufficient to show that the pregnancy of the complaining witness was caused by intercourse with the defendant on September 29, 1934, which was finally fixed by the complaining witness as the date of her only intercourse with the defendant. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

ELIZABETH RUSCIGNO, Respondent, v. ROYAL INSURANCE COMPANY, LTD., Appellant.—Action on a policy of fire insurance. Order confirming the report of the official referee, holding that the service of process on the defendant was valid, denying defendant's motion to vacate the service of the summons and requiring the defendant to appear generally, affirmed, with fifty dollars costs and disbursements. No opinion. Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ., concur.

JAMES RUSSO, Appellant, v. THOMAS McGIBBON, Respondent.— Order granting defendant's motion to change the venue from Rockland county to Montgomery county and denying plaintiff's cross-motion to retain the action in Rockland county for the convenience of witnesses affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ., concur.

GLADYS HOLLE SEBASTIAN, Respondent, v. ANDREW GOODMAN, JR., Appellant. —Action to recover for personal injuries suffered by the plaintiff, a guest in an automobile operated by the defendant, as a consequence of having her head thrown into or through the windshield. Judgment for the plaintiff unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Carswell, Davis and Johnston, JJ.

SOPHIE L. SHULMAN, Respondent, v. THE TRAVELERS INSURANCE COMPANY, Appellant.—Action by the beneficiary upon two policies of life insurance. Judgment for the plaintiff unanimously affirmed, with costs. (*Minnesota Mut. Life Ins. Co. v. Marshall*, 29 F. [2d] 977; certiorari denied, 279 U. S. 851.) Present — Carswell, Scudder, Tompkins, Davis and Johnston, JJ.